908

## CTB Meriden Properties, Inc. v.
## Catherine S. Zygmont et al.
## (13128)

O'Connell, Foti and Heiman, Js.

Argued September 20—decision released October 11, 1994

*F. Woodward Lewis, Jr.,* for the appellants (named defendant et al.).

*Thomas A. Kaelin,* for the appellee (plaintiff).

Per Curiam. The judgment is affirmed.